**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re Medtronic, Inc. Sprint Fidelis<br>Leads Products Liability Litigation | Multidistrict Litigation<br>No. 08-1905 (RHK/JSM)<br>**ORDER** |
| This document relates to: | |
| Helen Mundis v. Medtronic, Inc., *et al.*, Civ. No. 08-5395<br>Dorothy Perkins v. Medtronic, Inc., *et al.*, Civ. No. 08-6356<br>Diane Zimmerman v. Medtronic, Inc., *et al.*, Civ. No. 08-6357 | |

---

The Motions of the Plaintiffs in these three cases to withdraw their Notices of Appeal (Doc. No. 38 in 08-5395; Doc. No. 25 in 08-6356; Doc. No. 25 in 08-6357) are **GRANTED**. The Clerk of the Court is directed to refund to each Plaintiff the $455 appeal fee paid in connection with her Notice of Appeal.

Dated: June 12, 2009
                                                                                            s/Richard H. Kyle
                                                                                            RICHARD H. KYLE
                                                                                            United States District Judge